**David L. JOHNSTON, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of Social Security, Defendant–Appellee.**

No. 01–1499.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2001.

Decided Nov. 5, 2001.

Jason E. Huber, Forman & Crane, L.C., Charleston, WV, for appellant.

James A. Winn, Regional Chief, Region III, Kenneth DiVito, Assistant Regional, Office of the General, Social Security Administration, Philadelphia, Pennsylvania; Charles T. Miller, United States Attorney, Kelly R. Curry, Assistant United States Attorney, Charleston, WV, for appellee.

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

PER CURIAM.

David L. Johnston appeals from the district court's order upholding the decision of the Commissioner of Social Security to deny Johnston's application for disability insurance benefits. We have reviewed the record, the briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Johnston v. Massanari,* No. CA–00–108–2 (S.D.W.Va. Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*